## BOYDEN *v.* MAY, WARDEN.

No. 351, Misc. Decided October 10, 1966.

Appellant *pro se.*

*Solicitor General Marshall* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

## BRADFORD *v.* HELMAN, JUSTICE OF THE SUPREME COURT OF THE STATE OF NEW YORK, ET AL.

No. 389, Misc. Decided October 10, 1966.

Appellant *pro se.*

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.